**08 CV 3417**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------- x

PLAYTEX PRODUCTS, INC.,

        Plaintiff,

  - against -

PROCTER & GAMBLE COMPANY,

        Defendant.

---------------------------------------------- x

__ Civ. ____

Disclosure Statement



      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 7.1.1, Plaintiff Playtex Products, Inc. ("Playtex") respectfully submits this Disclosure Statement.

1.     Energizer Holdings, Inc. ("ENR") is the parent corporation of Playtex.
2.     ENR owns 10% or more of Playtex's stock.

April 7, 2008

                                   DAVIS POLK & WARDWELL

                                   _____
                                   Matthew B. Lehr (ML-9982)
                                   Benjamin Allee (4265427)
                                   450 Lexington Avenue
                                   New York, New York 10017
                                   (212) 450-4000
                                   (212) 450-3800 (facsimile)

                                   1600 El Camino Real
                                   Menlo Park, California 94025
                                   (650) 752-2000
                                   (650) 752-2111 (facsimile)

                                   *Attorneys for Plaintiff Playtex Products, Inc.*