AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**APPEARANCE**

Case Number: 1:08-cv-03417-UA

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Playtex Products, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/10/2008 | _[signature]_ |
| Date | Signature |
| | Diem-Suong Thi Nguyen — 2775088 |
| | Print Name — Bar Number |
| | DAVIS POLK & WARDWELL - 1600 El Camino Real |
| | Address |
| | Menlo Park — CA — 94025 |
| | City — State — Zip Code |
| | (650) 752-2012 — (650) 752-3612 |
| | Phone Number — Fax Number |