SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Playtex Products, Inc.,    Plaintiff,

- against -

The Procter & Gamble    Defendant.
Company

8 cv 3417 (UA)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Matthew B. Lehr a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: David J. Lisson
Firm Name: Davis Polk & Wardwell
Address: 1600 El Camino Real
City/State/Zip: Menlo Park/CA/94025
Phone Number: (650) 752-2000
Fax Number: (650) 752-2111

David J. Lisson is a member in good standing of the Bar of the States of California.

There are no pending disciplinary proceeding against David J. Lisson in any State or Federal court.

Dated:
City, State: Menlo Park, CA

Respectfully submitted,

Sponsor's Name: Matthew B. Lehr
SDNY Bar: 2183309
Firm Name: Davis Polk & Wardwell
Address: 1600 El Camino Real
City/State/Zip: Menlo Park/CA/94025
Phone Number: (650) 752-2000
Fax Number: (650) 752-2111

SDNY Form Web 10/2006

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1639

TELEPHONE: 888-800-3400

April 9, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DAVID JAMES LISSON, #250994 was admitted to the practice of law in this state by the Supreme Court of California on November 26, 2007; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Playtex Products, Inc.,        Plaintiff,

- against -

The Procter & Gamble Company,
                               Defendant.

08 Civ. 3417 (UA)

AFFIDAVIT OF MATTHEW B. LEHR IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

---

State of New York    )
                     )  ss:
County of New York   )

Matthew B. Lehr, being duly sworn, hereby deposes and says as follows:

1. I am a member of Davis Polk & Wardwell, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit David J. Lisson as counsel pro hac vice to represent Plaintiff in this matter.
2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in the following courts: Delaware; California; D. Delaware; U.S. Court of Appeal 3rd Circuit; U.S. Court of Appeal 10th Circuit; U.S. Supreme Court; U.S. Court of Appeal Federal Cir.; E.D. Michigan; N.D. of California; U.S. Court of Appeal 9th Circuit; D. Col.; U.S. Court of Appeal 2nd Circuit; C.D. of California; S.D. of California. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.
3. I have known David J. Lisson since 2007.
4. David J. Lisson is an associate of Davis Polk & Wardwell, in Menlo Park, California.
5. I have found David J. Lisson to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.
6. Accordingly, I am pleased to move for the admission of David J. Lisson, pro hac vice.
7. I respectfully submit a proposed order granting the admission of David J. Lisson, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit David J. Lisson, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: April 17, 2008
City, State: Menlo Park, CA
Notarized: See attached.

Respectfully Submitted,

_____
Name of Movant: Matthew B. Lehr
SDNY Bar Code: 2183309

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of SAN MATEO

On APRIL 17, 2008 before me, PEARL YI, A NOTARY PUBLIC,
     Date                               Here Insert Name and Title of the Officer

personally appeared MATTHEW BURKE LEHR
                           Name(s) of Signer(s)

**PEARL YI**
Commission # 1751822
Notary Public - California
San Mateo County
My Comm. Expires Jun 18, 2011

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
                       Signature of Notary Public

Place Notary Seal Above

--- *OPTIONAL* ---

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer Is Representing: _____

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer Is Representing: _____

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5907   Reorder: Call Toll-Free 1-800-876-6827

≈SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Playtex Products, Inc.,           Plaintiff,

8   cv  3417   (UA )

- against -

The Procter & Gamble Company,    Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of  Matthew B. Lehr   attorney for    Playtex Products, Inc.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | David J. Lisson |
| Firm Name: | Davis Polk & Wardwell |
| Address: | 1600 El Camino Real |
| City/State/Zip: | Menlo Park/CA/94025 |
| Telephone/Fax: | (650) 752-2000 |
| Email Address: | david.lisson@dpw.com |

is admitted to practice pro hac vice as counsel for    Playtex Products, Inc.    in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $       SDNY RECEIPT#
SDNY Form Web 10/2006