SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Playtex Products, Inc.    Plaintiff,

- against -

The Procter & Gamble    Defendant.
Company

__8__ cv __3417__ (UA)

MOTION TO ADMIT COUNSEL

PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Matthew B. Lehr a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Veronica C. Abreu
Firm Name: Davis Polk & Wardwell
Address: 1600 El Camino Real
City/State/Zip: Menlo Park/CA/94025
Phone Number: (650) 752-2000
Fax Number: (650) 752-2111

Veronica C. Abreu is a member in good standing of the Bar of the States of California and Massachusetts.

There are no pending disciplinary proceeding against Veronica C. Abreu in any State or Federal court.

Dated:
City, State: Menlo Park, CA

Respectfully submitted,

*[signature]*

Sponsor's Name: Matthew B. Lehr
SDNY Bar: 2183309
Firm Name: Davis Polk & Wardwell
Address: 1600 El Camino Real
City/State/Zip: Menlo Park/CA/94025
Phone Number: (650) 752-2000
Fax Number: (650) 752-2111

SDNY Form Web 10/2006

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639     TELEPHONE: 888-800-3400

April 9, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, VERONICA CRISTINA ABREU, #251002 was admitted to the practice of law in this state by the Supreme Court of California on November 26, 2007; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twentieth** day of **January** A.D. **2004**, said Court being the highest Court of Record in said Commonwealth:

**Veronica C. Abreu**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **eighth** day of **April** in the year of our Lord **two thousand and eight**.

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Playtex Products, Inc.,     Plaintiff,

- against -

The Procter & Gamble Company
                       Defendant.

08 Civ. 3417 (UA)

AFFIDAVIT OF MATTHEW B. LEHR IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

---

State of New York    )
                            ) ss:
County of New York  )

Matthew B. Lehr, being duly sworn, hereby deposes and says as follows:

1. I am a member of Davis Polk & Wardwell, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Veronica C. Abreu as counsel pro hac vice to represent Plaintiff in this matter.
2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in the following courts: Delaware; California; D. Delaware; U.S. Court of Appeal 3rd Circuit; U.S. Court of Appeal 10th Circuit; U.S. Supreme Court; U.S. Court of Appeal Federal Cir.; E.D. Michigan; N.D. of California; U.S. Court of Appeal 9th Circuit; D. Col.; U.S. Court of Appeal 2nd Circuit; C.D. of California; S.D. of California. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.
3. I have known Veronica C. Abreu since 2007.
4. Veronica C. Abreu is an associate of Davis Polk & Wardwell, in Menlo Park, California.
5. I have found Veronica C. Abreu to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.
6. Accordingly, I am pleased to move for the admission of Veronica C. Abreu, pro hac vice.
7. I respectfully submit a proposed order granting the admission of Veronica C. Abreu, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Veronica C. Abreu, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: April 17, 2008
City, State: Menlo Park, CA
Notarized: See attached.

Respectfully Submitted,

*/s/ Matthew B. Lehr*

Name of Movant: Matthew B. Lehr
SDNY Bar Code: 2183309

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of SAN MATEO

On APRIL 17, 2008 before me, PEARL YI, A NOTARY PUBLIC,
     Date                                     Here Insert Name and Title of the Officer

personally appeared MATTHEW BURKE LEHR
                                    Name(s) of Signer(s)

PEARL YI
Commission # 1751822
Notary Public - California
San Mateo County
My Comm. Expires Jun 18, 2011

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
                       Signature of Notary Public

Place Notary Seal Above

---------- **OPTIONAL** ----------

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
- ☐ Individual
- ☐ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: _____
- ☐ Individual
- ☐ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

© 2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5907   Reorder: Call Toll-Free 1-800-876-6827

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Playtex Products, Inc.,          Plaintiff,

8   cv   3417   (UA )

- against -

The Procter & Gamble Company,    Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of  Matthew B. Lehr   attorney for   Playtex Products, Inc.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Veronica C. Abreu |
| Firm Name: | Davis Polk & Wardwell |
| Address: | 1600 El Camino Real |
| City/State/Zip: | Menlo Park/CA/94025 |
| Telephone/Fax: | (650) 752-2000 |
| Email Address: | veronica.abreu@dpw.com |

is admitted to practice pro hac vice as counsel for   Playtex Products, Inc.   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $         SDNY RECEIPT#
SDNY Form Web 10/2006