USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
PLAYTEX PRODUCTS, INC.,

               Plaintiff,

    -against-

THE PROCTER AND GAMBLE COMPANY,

               Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

08 Civ. 3417 (WHP)

ORDER

WILLIAM H. PAULEY III, District Judge:

       A conference call shall take place April 28, 2008 at 2:00 p.m. to set the discovery schedule in this action.

Dated: April 17, 2008
       New York, New York

                     SO ORDERED:

                     _____
                     WILLIAM H. PAULEY III
                     U.S.D.J.

*Counsel of record:*

Matthew Lehr, Esq.
Davis Polk & Wardwell
1600 El Camino Real
Menlo, CA 94025
*Counsel for Plaintiff*

Harold P. Weinberger, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
*Counsel for Defendant*

Kenneth R. Adamo, Esq.
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
*Counsel for Defendant*