UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PLAYTEX PRODUCTS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　-against-<br><br>THE PROCTER & GAMBLE COMPANY,<br><br>　　　　　Defendant. | 1:08-CV-03417 (WHP) (THK)<br><br>**NOTICE OF APPEARANCE**<br><br>ECF CASE |

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned attorney hereby appears as attorney of record for plaintiff The Procter & Gamble Company, and further requests that copies of all papers in this action be served upon her at the address set forth below.

Dated: New York, New York
　　　　April 23, 2008

　　　　　　　　　　　　　　　　JONES DAY

　　　　　　　　　　　　　　　　By: s/Clark Craddock
　　　　　　　　　　　　　　　　　　Clark Craddock (CC-9165)
　　　　　　　　　　　　　　　　　　222 East 41st Street
　　　　　　　　　　　　　　　　　　New York, New York  10017
　　　　　　　　　　　　　　　　　　Tel:  (212) 326-3939

　　　　　　　　　　　　　　　　Counsel for Plaintiff The Procter & Gamble Company

## CERTIFICATE OF SERVICE

Clark Craddock, a lawyer admitted to the bar of this Court, certifies under penalty of perjury pursuant to 28 U.S.C. § 1746, that on April 23, 2008, she caused the attached Notice of Appearance to be served by UPS Overnight Service upon:

> Benjamin R. Allee
> Davis Polk & Wardwell
> 450 Lexington Avenue
> New York, NY 10017
>
> and
>
> Matthew B. Lehr
> Davis Polk & Wardwell
> 1600 El Camino Real
> Menlo Park, California 94025

All parties who have been registered for electronic service in this case have also been served electronically.

Dated: April 23, 2008

s/ Clark Craddock _____

- 2 -

NYI-4082143v1