UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PLAYTEX PRODUCTS, INC.,

        Plaintiff,

-against-

THE PROCTER & GAMBLE COMPANY,

        Defendant.

1:08-CV-03417 (WHP) (THK)

**RULE 7.1 STATEMENT**

ECF CASE

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for The Procter & Gamble Company (a private non-governmental party) hereby certifies that The Procter & Gamble Company has no parent companies.

Dated: New York, New York
       April 28, 2008

JONES DAY

By: s/Clark Craddock
    Clark Craddock (CC-9165)
    222 East 41st Street
    New York, New York  10017
    Tel:  (212) 326-3939

Counsel for Plaintiff The Procter & Gamble Company

NYI-4083232v1

## CERTIFICATE OF SERVICE

Clark Craddock, a lawyer admitted to the bar of this Court, certifies under penalty of perjury pursuant to 28 U.S.C. § 1746, that on April 28, 2008, she caused the attached Rule 7.1 Statement to be served electronically upon:

>Benjamin R. Allee
>Davis Polk & Wardwell
>450 Lexington Avenue
>New York, NY 10017
>
>      and
>
>Matthew B. Lehr
>Davis Polk & Wardwell
>1600 El Camino Real
>Menlo Park, California 94025

All parties who have been registered for electronic service in this case have also been served electronically.

Dated:  April 28, 2008

s/ Clark Craddock _____

NYI-4083232v1