SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Playtex Products, Inc.,    Plaintiff,

- against -

Procter & Gamble Co.,    Defendant.

08 cv 3417 (WHP)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Clark Craddock a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: David M. Maiorana
Firm Name: Jones Day
Address: 901 Lakeside Avenue
City/State/Zip: Cleveland
Phone Number: (216) 586-3939
Fax Number: (216) 579-0212

David M. Maiorana is a member in good standing of the Bar of the States of Ohio and Virginia

There are no pending disciplinary proceeding against David M. Maiorana in any State or Federal court.

Dated:
City, State: New York, NY

Respectfully submitted,

*[signature: Clark Craddock]*

Sponsor's
SDNY Bar    CC-9165
Firm Name:  Jones Day
Address:    222 East 41st Street
City/State/Zip: New York, NY  10017
Phone Number: 212-326-8320
Fax Number:   212-755-7306

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PLAYTEX PRODUCTS, INC.,

        Plaintiff,

-against-

THE PROCTER & GAMBLE COMPANY,

        Defendant.

1:08-CV-03417 (WHP) (THK)

AFFIDAVIT OF CLARK CRADDOCK IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

---

State of New York     )
                             ) ss:
County of New York   )

Clark Craddock, being duly sworn, hereby deposes and says as follows:

1. I am an associate at Jones Day, counsel for Defendant in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit David M. Maiorana as counsel *pro hac vice* to represent the Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in November 22, 2005. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known David M. Maiorana since March 2008.

4. Mr. Maiorana is a partner at Jones Day, in Cleveland, Ohio.

5. I have found Mr. Maiorana to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of David M. Maiorana, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of David M. Maiorana, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit David M. Maiorana, *pro hac vice*, to represent Defendant in the above captioned matter, be granted.

Dated: April 22, 2008
New York, New York

Respectfully submitted,

*[signature]*
Clark Craddock
CC-9165

Notarized
Sworn to before me this
22nd day of April, 2008.

*[signature]*
Notary Public

ABIGAIL L. PREISSLER
NOTARY PUBLIC, State of New York
No. 01PR6156345
Qualified in New York County
Commission Expires November 27, 2010

# 𝕿𝖍𝖊 𝕾𝖚𝖕𝖗𝖊𝖒𝖊 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕺𝖍𝖎𝖔

C E R T I F I C A T E

I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

David Michael Maiorana

was admitted to the practice of law in Ohio on November 08, 1999; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 23rd day of April, 2008.

SUSAN B. CHRISTOFF
*Director, Attorney Services Division*

*Attorney Registration Specialist*

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Playtex Prodcuts, Inc.,    Plaintiff,

08 cv 3417 (WHP)

- against -

Procter & Gamble Company    Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Clark Craddock attorney for Procter & Gamble Company and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | David M. Maiorana |
| Firm Name: | Jones Day |
| Address: | 901 Lakeside Avenue |
| City/State/Zip: | Cleveland |
| Telephone/Fax: | (216) 586-3939 |
| Email Address: | dmmaiorana@jonesday.com |

is admitted to practice pro hac vice as counsel for Procter & Gamble Company in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $       SDNY RECEIPT#
SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
Playtex Products, Inc.,                                 )    No. 08cv03417
                                                        )
                Plaintiff,                              )    AFFIDAVIT OF SERVICE
                                                        )
        -against-                                       )
                                                        )
Procter & Gamble Company,                               )
                                                        )
                Defendant.                              )
                                                        )
------------------------------------------------------- x

STATE OF NEW YORK          )
                           )SS:
COUNTY OF NEW YORK         )

I, Clark Craddcit, being duly sworn say:

1. I am not a party to this action, am over 18 years of age, and am employed by Jones Day, 222 E. 41st Street, New York, NY 10017.

2. On April 25, 2008, I served by Regular Mail a true copy of a MOTION TO ADMIT COUNSEL PRO HAC VICE, dated April 25, 2008, in the above captioned matter upon:

> Benjamin Rial Allee
> Davis, Polk & Wardwell
> 450 Lexington Avenue
> New York, NY 10017
>
> Mathew Burke Lehr
> Davis, Polk & Wardwell (Menlo Park)
> 1600 El Camino Real
> Menlo Park, CA 94025

CLI-1611361v1

By depositing the same in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

By: *[signature]*

Sworn to before me this
25 day of April, 2008

*[signature]*
Notary Public

ABIGAIL L. PREISSLER
NOTARY PUBLIC, State of New York
No. 01PR6156345
Qualified in New York County
Commission Expires November 27, 2010

- 2 -

CLI-1611361v1