SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Playtex Products, Inc.,    Plaintiff,

- against -

Procter & Gamble Co.,    Defendant.

0 8   cv   3417    (WHP)

**MOTION TO ADMIT COUNSEL**
**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I,  Clark Craddock  a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:  Kenneth R. Adamo
Firm Name:  Jones Day
Address:  901 Lakeside Avenue
City/State/Zip:  Cleveland
Phone Number:  (216) 586-3939
Fax Number:  (216) 579-0212

Kenneth R. Adamo    is a member in good standing of the Bar of the States of
See attached.

There are no pending disciplinary proceeding against  Kenneth R. Adamo  in any State or Federal court.

Dated:
City, State:  New York, NY

Respectfully submitted,

Sponsor's
SDNY Bar  CC-9165
Firm Name:  Jones Day
Address:  222 East 41st Street
City/State/Zip: New York, NY  10017
Phone Number:  212-326-8320
Fax Number:  212-755-7306

SDNY Form Web 10/2006

ADMISSIONS TO PRACTICE

| | |
|---|---|
| December 1974: | Registration, Patent and Trademark Office; Registration No. 27,299 |
| October 1975: | Supreme Court, State of Illinois |
| November 1975: | U.S. District Court, Northern District of Illinois |
| February 1976: | Appellate Division of Supreme Court, State of New York |
| April 1977: | U.S. Court of Appeals, Seventh Circuit |
| July 1978: | U.S. Court of Customs and Patent Appeals |
| April 1981: | U.S. Court of Appeals, Third Circuit |
| January 1982: | U.S. Supreme Court |
| November 1982: | U.S. Court of Appeals, Federal Circuit |
| June 1983: | U.S. Court of Appeals, Sixth Circuit |
| May 1984: | Supreme Court, State of Ohio |
| June 1984: | U.S. District Court, Northern District of Ohio |
| May 1985: | U.S. District Court, Eastern District of Michigan |
| October 1986: | U.S. District Court, Northern District of Texas |
| May 1987: | U.S. Court of Appeals, Fifth Circuit |
| April 1988: | Supreme Court, State of Texas |
| June 1990: | U.S. District Court, Southern District of Texas |
| June 1990: | U.S. District Court, Western District of Texas |
| October 1993: | U.S. District Court, Eastern District of Wisconsin |
| August 1996: | U.S. District Court, Eastern District of Texas |
| January 2005 | U.S. District Court, Colorado |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PLAYTEX PRODUCTS, INC.,

        Plaintiff,

-against-

THE PROCTER & GAMBLE COMPANY,

        Defendant.

1:08-CV-03417 (WHP) (THK)

AFFIDAVIT OF CLARK CRADDOCK IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

---

State of New York    )
                            ) ss:
County of New York  )

Clark Craddock, being duly sworn, hereby deposes and says as follows:

1. I am an associate at Jones Day, counsel for Defendant in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Kenneth R. Adamo as counsel *pro hac vice* to represent the Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in November 22, 2005. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Kenneth R. Adamo since March 2005.

4. Mr. Adamo is a partner at Jones Day, in Cleveland, Ohio.

5. I have found Mr. Adamo to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Kenneth R. Adamo, *pro hac vice*.

7.  I respectfully submit a proposed order granting the admission of Kenneth R. Adamo, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Kenneth R. Adamo, *pro hac vice*, to represent Defendant in the above captioned matter, be granted.

Dated: April 22, 2008
New York, New York

          Respectfully submitted,

          _____
          Clark Craddock
          CC-9165

Notarized
Sworn to before me this
22nd day of April, 2008.

_____
Notary Public

ABIGAIL L. PREISSLER
NOTARY PUBLIC, State of New York
No. 01PR6156345
Qualified in New York County
Commission Expires November 27, 2010

# The Supreme Court of Ohio

C E R T I F I C A T E

    I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Kenneth Robert Adamo

was admitted to the practice of law in Ohio on May 23, 1984; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

    IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 23rd day of April, 2008.

SUSAN B. CHRISTOFF
*Director, Attorney Services Division*

*Attorney Registration Specialist*

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Playtex Prodcuts, Inc.,          Plaintiff,

                                                        08  cv  3417    (WHP )

            - against -
Procter & Gamble Company         Defendant.     **ORDER FOR ADMISSION
                                                 PRO HAC VICE
                                                 ON WRITTEN MOTION**

Upon the motion of  Clark Craddock        attorney for  Procter & Gamble Company

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

  Applicant's Name:   Kenneth R. Adamo

  Firm Name:          Jones Day

  Address:            901 Lakeside Avenue

  City/State/Zip:     Cleveland

  Telephone/Fax:      (216) 586-3939

  Email Address:      kradamo@jonesday.com

is admitted to practice pro hac vice as counsel for  Procter & Gamble Company     in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

                                        _____
                                        United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $              SDNY RECEIPT#
SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
Playtex Products, Inc.,                         )    No. 08cv03417
                                                )
       Plaintiff,                       )    AFFIDAVIT OF SERVICE
                                                )
       -against-                        )
                                                )
Procter & Gamble Company,                       )
                                                )
       Defendant.                       )
                                                )
------------------------------------------------------- x

STATE OF NEW YORK           )
                            )SS:
COUNTY OF NEW YORK          )

    I, Clark Creedbol being duly sworn say:

    1. I am not a party to this action, am over 18 years of age, and am employed by Jones Day, 222 E. 41st Street, New York, NY 10017.

    2. On April 25, 2008, I served by Regular Mail a true copy of a MOTION TO ADMIT COUNSEL PRO HAC VICE, dated April 25, 2008, in the above captioned matter upon:

        Benjamin Rial Allee
        Davis, Polk & Wardwell
        450 Lexington Avenue
        New York, NY 10017

        Mathew Burke Lehr
        Davis, Polk & Wardwell (Menlo Park)
        1600 El Camino Real
        Menlo Park, CA 94025

CLI-1611361v1

By depositing the same in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

By: _____

Sworn to before me this
25 day of April, 2008

_____
Notary Public

ABIGAIL L. PREISSLER
NOTARY PUBLIC, State of New York
No. 01PR6156345
Qualified in New York County
Commission Expires November 27, 2010