≈SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Playtex Products, Inc.,          Plaintiff,

8 cv 3417 (UA)

- against -

The Procter & Gamble Company,    Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Matthew B. Lehr    attorney for    Playtex Products, Inc.
and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Anthony I. Fenwick |
| Firm Name: | Davis Polk & Wardwell |
| Address: | 1600 El Camino Real |
| City/State/Zip: | Menlo Park / CA / 94025 |
| Telephone/Fax: | (650) 752-2000 |
| Email Address: | anthony.fenwick@dpw.com |

is admitted to practice pro hac vice as counsel for    Playtex Products, Inc.    in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 4/25/08
City, State: New York, NY

United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $        SDNY RECEIPT#
SDNY Form Web 10/2006