SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/5/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Playtex Prodcuts, Inc.,                    Plaintiff,

                                                                08   cv   3417   (WHP)

- against -

Procter & Gamble Company         Defendant.         ORDER FOR ADMISSION
                                                     PRO HAC VICE
                                                     ON WRITTEN MOTION

Upon the motion of  Clark Craddock   attorney for   Procter & Gamble Company

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | David M. Maiorana |
| Firm Name: | Jones Day |
| Address: | 901 Lakeside Avenue |
| City/State/Zip: | Cleveland |
| Telephone/Fax: | (216) 586-3939 |
| Email Address: | dmmaiorana@jonesday.com |

is admitted to practice pro hac vice as counsel for   Procter & Gamble Company   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: May 2, 2008
City, State: New York, NY


_____
United States District/~~Magistrate~~ Judge