SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Playtex Prodcuts, Inc.,        Plaintiff,

                                                    08 cv 3417    (WHP )

- against -

Procter & Gamble Company        Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of  Clark Craddock   attorney for  Procter & Gamble Company
and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Kenneth R. Adamo |
| Firm Name: | Jones Day |
| Address: | 901 Lakeside Avenue |
| City/State/Zip: | Cleveland |
| Telephone/Fax: | (216) 586-3939 |
| Email Address: | kradamo@jonesday.com |

is admitted to practice pro hac vice as counsel for  Procter & Gamble Company  in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: May 2, 2008
City, State: New York, NY

United States District/~~Magistrate~~ Judge

FOR OFFICE USE ONLY: FEE PAID $_____     SDNY RECEIPT#_____
SDNY Form Web 10/2006