AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |
|---|---|---|

Playtex Products, Inc.

v.

Proctor & Gamble Company

**APPEARANCE**

Case Number:  08-cv-3417

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Playtex Products, Inc.

I certify that I am admitted to practice in this court.

| 5/14/2008 | | |
|---|---|---|
| Date | | |

| Signature | (SP0422) |
|---|---|
| Sasha E. Polonsky | 4515060 |
| Print Name | Bar Number |

Davis Polk & Wardwell, 450 Lexington Avenue
Address

| New York | NY | 10017 |
|---|---|---|
| City | State | Zip Code |

| (212) 450-4916 | (212) 450-3916 |
|---|---|
| Phone Number | Fax Number |