AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____Southern_____ DISTRICT OF _____New York_____

Playtex Products, Inc.

v.

The Procter & Gamble Company

**APPEARANCE**

Case Number: 1:08-CV-03417

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The Procter & Gamble Company

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/16/2008 | *[signature: Kenneth R. Adamo]* |
| Date | Signature |
| | Kenneth R. Adamo — KA6210 |
| | Print Name — Bar Number |
| | Jones Day, 901 Lakeside Avenue |
| | Address |
| | Cleveland — OH — 44114 |
| | City — State — Zip Code |
| | (216) 586-7120 — (216) 579-0212 |
| | Phone Number — Fax Number |