AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN **DISTRICT OF** NEW YORK

Playtex Products, Inc.

v.

The Procter & Gamble Company

**APPEARANCE**

Case Number: 1:08-CV-03417

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The Procter & Gamble Company

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/16/2008 | *(signature)* |
| Date | Signature |
| | David M. Maiorana     0071440 |
| | Print Name     Bar Number |
| | Jones Day, 901 Lakeside Avenue |
| | Address |
| | Cleveland     OH     44114 |
| | City     State     Zip Code |
| | (216) 586-7499     (216) 579-0212 |
| | Phone Number     Fax Number |