UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PLAYTEX PRODUCTS, INC.,<br><br>                Plaintiff,<br><br>-against-<br><br>THE PROCTER & GAMBLE COMPANY,<br><br>                Defendant. | 1:08-CV-03417 (WHP) (THK)<br><br>DEFENDANT THE PROCTER & GAMBLE COMPANY'S ANSWER AND AFFIRMATIVE DEFENSES TO THE COUNTERCLAIMS OF PLAINTIFF PLAYTEX PRODUCTS, INC.<br><br>ECF CASE |

Defendant, The Procter & Gamble Company ("P&G"), by its attorneys Jones Day, for its answer and affirmative defenses to the counterclaims of Plaintiff Playtex Products, Inc. ("Playtex"), alleges:

**PLAYTEX'S COUNTERCLAIMS**

1. P&G admits that Playtex alleges its counterclaims arise under the patent laws of the United States, and the Declaratory Judgment provisions of Title 28 U.S.C. §§ 2201 and 2201 [sic]. P&G admits that this Court has subject matter jurisdiction, but otherwise denies the allegations of this paragraph.

2. Admitted.

3. Admitted.

4. P&G hereby refers to and incorporates by reference as if fully set forth herein its allegations in its Counterclaims, and denies the responses and defenses set forth by Playtex.

5. P&G admits that it alleges in its Counterclaims that Playtex has infringed and continues to infringe United States Patent No. 7,081,110 entitled "Applicator Having An

Indented Fingergrip With Raised Portions" (the "'110 patent"), but otherwise denies the allegations of this paragraph.

6. Admitted.

### FIRST COUNTERCLAIM FOR RELIEF
(Declaratory Judgment Of Non-Infringement Of The '110 Patent)

7. P&G hereby refers to and incorporates by reference as if fully set forth herein its answers to the allegations of paragraphs 1-6 of Playtex's counterclaims.

8. Denied.

9. Denied.

### SECOND COUNTERCLAIM FOR RELIEF
(Declaratory Judgment Of Invalidity Of The '110 Patent)

10. P&G hereby refers to and incorporates by reference as if fully set forth herein its answers to the allegations of paragraphs 1-9 of Playtex's counterclaims.

11. Denied.

12. Denied.

### PRAYER FOR RELIEF

P&G denies that Playtex is entitled to any relief whatsoever for its counterclaims.

### P&G'S AFFIRMATIVE DEFENSES

#### First Affirmative Defense

Playtex's Claim fails to state a claim for which relief can be granted.

### PRAYER FOR RELIEF

P&G respectfully prays that this Court enter judgment in its favor and against Playtex as follows:

A. Dismissing with prejudice Playtex's Counterclaims in their entirety;

    B.    Denying all remedies and relief sought by Playtex in its Counterclaims;

    C.    Finding that this case is exceptional and award P&G its costs and reasonable attorneys' fees incurred in this action as provided by 35 U.S.C. § 285; and/or

    D.    Granting P&G such other and further relief that this Court deems just and proper.

## JURY DEMAND

P&G demands a trial by jury for all issues so triable.

- 4 -

Dated: June 5, 2008						Jones Day

								By: s/ Clark Craddock
								    Kenneth R. Adamo (KA-6210)
								    David M. Maiorana (*pro hac vice*)
								    Jones Day
								    901 Lakeside Ave.
								    Cleveland, Ohio 44114
								    Telephone: (216) 586-3939
								    kradamo@jonesday.com
								    dmaiorana@jonesday.com

								    Clark Craddock (CC-9165)
								    Jones Day
								    222 E. 41st Street
								    New York, New York 10017-6702
								    Telephone: (212) 326-3939
								    ccraddock@jonesday.com

								    Attorneys for Defendant
								    The Procter & Gamble Company

## CERTIFICATE OF SERVICE

Clark Craddock, a lawyer admitted to the bar of this Court, certifies under penalty of perjury pursuant to 28 U.S.C. § 1746, that on June 5, 2008, she caused the attached DEFENDANT THE PROCTER & GAMBLE COMPANY'S ANSWER AND AFFIRMATIVE DEFENSES TO THE COUNTERCLAIMS OF PLAINTIFF PLAYTEX PRODUCTS, INC. to be served electronically upon:

> Matthew B. Lehr
> matthew.lehr@dpw.com
> Davis Polk & Wardwell
> 450 Lexington Avenue
> New York, New York 10017
>
> Diem-Suong T. Nguyen
> suong.nguyen@dpw.com
>
> Veronica C. Abreu
> veronica.abreu@dpw.com
>
> and
>
> David J. Lisson
> david.lisson@dpw.com
> Davis Polk & Wardwell
> 1600 El Camino Real
> Menlo Park, California 94025

Dated: June 5, 2008

> s/ Clark Craddock
> Clark Craddock