USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
)
PLAYTEX PRODUCTS, INC., )
) 1:08-CV-03417 (WHP) (THK)
Plaintiff, )
)
- against - ) [PROPOSED] ORDER AND
) JOINT STIPULATION OF
THE PROCTER & GAMBLE COMPANY, ) DISMISSAL
)
Defendant. )  JUL     2008
)
---------------------------------------- x

The parties hereby stipulate, by and through their respective counsel, that all claims and counterclaims in this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party will bear its own costs and attorneys' fees.

Dated:  Menlo Park, CA
        July 8, 2008

DAVIS POLK & WARDWELL

By: _____
    Matthew B. Lehr (ML-9982)

Sasha E. Polonsky (SP-0422)
450 Lexington Avenue
New York, New York  10017
(212) 450-4000

Anthony I. Fenwick (*pro hac vice*)
Diem-Suong T. Nguyen (DN-6578)
Veronica C. Abreu (*pro hac vice*)
David J. Lisson (*pro hac vice*)
1600 El Camino Real
Menlo Park, CA 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

*Attorneys For Plaintiff Playtex Products, Inc.*

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
7/11/08

Dated: New York, New York  JONES DAY
       July 8, 2008

By: _____
    David Maiorana (*pro hac vice*)

Kenneth R. Adamo (KA-6210)
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Telephone: (216) 586-3939
Facsimile: (216) 579-0212

Clark Craddock (CC-9165)
222 E. 41st Street
New York, New York 10017-6702
(212) 326-3939

*Attorneys For Defendant The Procter & Gamble Company*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2008

_____
William H. Pauley III
United States District Judge